1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT
8                             EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00009-KJM |
| Plaintiff, | |
| v. | |
| VADIM V. VILCHITSA, | |
| Defendant. | |
| _____ | |
| UNITED STATES OF AMERICA, | No. 2:13-CR-00059-KJM |
| Plaintiff, | |
| v. | |
| YEVGENIY ZAZHITSKIY, | |
| Defendant. | |
| _____ | |
| UNITED STATES OF AMERICA, | No. 2:15-CR-0036-GEB |
| Plaintiff, | |
| v. | |
| ANATOLIY AZAROV, | RELATED CASE ORDER |
| Defendant. | |
| _____ | |

1

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, all "actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." L.R. 123(a)(3). Case No. 2:15-CR-0036-GEB, filed February 11, 2015, stems from the same facts set forth in the criminal cases numbered 2:13-CR-00009-KJM and 2:13-CR-00059-KJM. All three prosecutions share common factual allegations in that they allege that the defendants were part of the same scheme to defraud mortgage lenders in connection with largely the same series of properties and transactions. Accordingly, the assignment of this matter to the same judge is likely to achieve a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that No. 2:15-CR-0036-GEB is reassigned from the Honorable Garland E. Burrell to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: No. 2:15-CR-0036-KJM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 24, 2015.

_____
UNITED STATES DISTRICT JUDGE