UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

**RE: Vadim V. Vilchitsa**
**Docket Number: 0972 2:13CR00009-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Vadim V. Vilchitsa is requesting permission to travel to Rancho el Faro Orphanage, Plan de Ayala, El Porvenir, Baja California, Mexico. Vadim V. Vilchitsa is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 4, 2013, Vadim V. Vilchitsa was sentenced for the offense of 18 USC 1341 – Mail Fraud (Class C Felony).

**Sentence Imposed:** 15 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special assessment (Paid)

**Dates and Mode of Travel:** December 15, 2016, to December 18, 2016. Mode of travel will be by Church Vehicle.

**Purpose:** Delivering Christmas gifts to the orphanage.

**RE: Vadim V. Vilchitsa**
**Docket Number: 0972 2:13CR00009-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated: December 1, 2016
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:** **BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT**

☒ Approved ☐ Disapproved

December 5, 2016
**Date**

UNITED STATES DISTRICT JUDGE