UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller          **RE:  Vadim V. Vilchitsa**
United States District Judge                  **Docket Number:  0972 2:13CR00009-01**
Sacramento, California                          <u>**PERMISSION TO TRAVEL
                                                                 OUTSIDE THE COUNTRY**</u>

Your Honor:

Vadim V. Vilchitsa is requesting permission to travel to Ensenada, Baja California, Mexico. Vadim V. Vilchitsa is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On December 4, 2013, Vadim V. Vilchitsa was sentenced for the offense of 18 USC 1341 – Mail Fraud (Class C Felony).

**Sentence Imposed:**  15 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special assessment (Paid); Special conditions include: Financial Disclosure; Financial Restrictions; Warrantless Search

**Dates and Mode of Travel:**  November 1, 2017, through November 5, 2017.  Will be traveling on the Imagination Carnival Cruise Ship departing from Long Beach, California.

**Purpose:**  Vacationing with family.

1

**RE:	Vadim V. Vilchitsa
	Docket Number:  0972 2:13CR00009-01
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:	October 19, 2017
	Fresno, California
	TDM/rmv

                                /s/ Brian J. Bedrosian
**REVIEWED BY:	BRIAN J. BEDROSIAN
	Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒	Approved	☐	Disapproved


October 31, 2017
**Date**	                            UNITED STATES DISTRICT JUDGE

2